## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRENT MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   No. CIV- 08-41-R |
| | ) |
| WALTER DINWIDDIE, Warden, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 22, 2008 [Doc. No. 5]. No Objection to the Report and Recommendation has been filed nor has Petitioner sought or been granted an extension of time in which to object. Nor has Petitioner paid the $5.00 filing fee.  Therefore, the Report and Recommendation is ADOPTED and this case will be deemed dismissed without prejudice to refiling unless Petitioner pays the $5.00 filing fee to the Clerk of this Court within twenty (20) days of the date of this Order, notwithstanding the filing of Petitioner's motion to transfer on February 1, 2008 [Doc. No. 6].

ENTERED this 27th day of February, 2008.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE